IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JERMY MATHIE, and CORNELIUS KIRBY,<br><br>Plaintiffs,<br><br>v.<br><br>AHMED BARRETO, NEW LINE TRANSPORT, LLC, and NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>Defendants. | CIVIL ACTION NO.: 2:23-cv-93 |

**O R D E R**

Plaintiffs filed a Motion to Correct Misnomers and a Motion to Amend Complaint. Docs. 25, 26. Defendants did not file responses to either of these Motions, and the time to do so has elapsed, indicating there is no opposition. Local R. 7.5 ("Failure to respond within the applicable time period shall indicate . . . there is no opposition to the motion."). Thus, the Court **GRANTS as unopposed** Plaintiffs' Motions. The Court **DIRECTS** the Clerk of Court to amend the docket and record of this case to reflect the correct names of the Plaintiffs: Jermy Mathie and Cornelius Kirby. The Court also **DIRECTS** the Clerk of Court to file Plaintiffs' Amended Complaint, doc. 26-1, as a separate docket entry. Plaintiffs' Amended Complaint is now the operative pleading in this case.

**SO ORDERED**, this 15th day of February, 2024.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA